# NO. 12-15-00255-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JOHN JACOB PRESLEY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

In this original proceeding, filed on October 16, 2015, Relator seeks a writ of mandamus directing the trial court to rule on Relator's motions for leave to conduct discovery and appointment of counsel. On November 9, 2015, Relator filed a notice of appeal in this Court's cause number 12-15-00276-CR, complaining of the trial court's rulings on these motions. In the notice of appeal, Relator recites that the trial court signed a written order on October 20, 2015, denying his motions for leave to conduct discovery and appointment of counsel. Thus, Relator has obtained the relief sought in his petition for writ of mandamus. Accordingly, we ***dismiss*** Relator's petition for writ of mandamus as ***moot***. *See* TEX. R. APP. P. 52.8(a).

Opinion delivered November 18, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 18, 2015**

**NO. 12-15-00255-CR**

**JOHN JACOB PRESLEY,**
Relator
V.

**HON. EDWIN A. KLEIN,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by John Jacob Presley; who is the relator in Cause No. F1017393, pending on the docket of the 420th District Court Judicial District Court of Nacogdoches, Texas. Said petition for writ of mandamus having been filed herein on October 16, 2015, and the same having been duly considered, because it is the opinion of this Court that the said petition for writ of mandamus be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*